

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-11-00807-CV

Gerardo Perez **NIETO**,
Appellant

v.

Veronica Flores De Perez **NIETO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-15813
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED appellee recover her costs of this appeal from appellant.

SIGNED May 1, 2013.

Sandee Bryan Marion, Justice